**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | | |
|---|---|---|
| CASEY O. CARROLL, | ) | NO. CV 20-9546-DSF(E) |
| Petitioner, | ) | |
| v. | ) | JUDGMENT |
| R.C. JOHNSON, Warden, | ) | |
| Respondent. | ) | |

Pursuant to the "Order of Dismissal,"

IT IS ADJUDGED that the Petition is denied and dismissed without prejudice.

DATED: October 28, 2020.

_____
DALE S. FISCHER
UNITED STATES DISTRICT JUDGE